DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOBBY MITCHELL KEMP,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2494

[December 4, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Leatha D. Mullins, Judge; L.T. Case No. 472021CF000584AXXX.

Bobby Mitchell Kemp, Bonifay, pro se.

James Uthmeier, Attorney General, Tallahassee, and Kimberly T. Acuña, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***